# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRUCE MATHEWS, ) | Case No.: 1:21-cv-01480 |
| ) | |
| Plaintiff, ) | Judge Blakey |
| ) | |
| v. ) | Magistrate Judge Kim |
| ) | |
| LAKE FOREST PLACE, LLC, ) | |
| ) | |
| Defendant. ) | |

## AGREED STIPULATION OF DISMISSAL

As all matters in dispute have been resolved, the undersigned parties, by their attorneys and pursuant to Federal Rule of Civil Procedure 41(a), agree to a dismissal of this case with prejudice. Each party is to bear their own costs and attorneys' fees.

| For Plaintiff | For Defendant |
|---|---|
| s/Michael J. Merrick<br>Michael J. Merrick (Attorney # 6229849)<br>Merrick Law Firm LLC<br>77 West Wacker Drive, Suite 4500<br>Chicago, Illinois 60601<br>Tel. (312) 269-9299<br>Fax (312) 269-0800<br>merrick@merricklawfirm.com | s/David N. Michael<br>David N. Michael (Attorney # 6216553)<br>Mark D. Brookstein (Attorney # 6274623)<br>Gould & Ratner LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>(312) 236-3003<br>dmichael@gouldratner.com<br>mbrookstein@gouldratner.com |