**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Bruce E. Mathews

                      Plaintiff,

v.                                     Case No.: 1:21–cv–01480
                                     Honorable John Robert Blakey

Lake Forest Place, LLC

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

        MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' stipulation [31], the Court hereby dismisses this case with prejudice under Rule 41(a) and strikes all set dates and deadlines. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.